820

## BLAYLOCK v. STATE.
### No. 25204.

Court of Criminal Appeals of Texas.
Feb. 28, 1951.

No attorney on appeal.

George P. Blackburn, State's Atty., of Austin, for the State.

MORRISON, Judge.

The appeal is from a conviction for the offense of procuring, with the punishment assessed at confinement in the county jail for three months and a fine of $200.

The record is brought forward without a statement of facts or bill of exception. The proceedings appear regular in every way. Nothing is presented for review.

The judgment is affirmed.